## Case No. 7,104.

### ISH v. MILLS.

[1 Cranch, C. C. 567.] [1]

Circuit Court, District of Columbia. July Term, 1809.

[1] [Reported by Hon. William Cranch, Chief Judge.]

E. J. Lee, for defendant,

THE COURT was of opinion that notice to the indorser of a promissory note, not negotiable, is not necessary in Virginia. The obligation of the indorser of such a promissory note in Virginia is that if the holder cannot, by using due diligence, obtain payment from the maker, the indorser will pay at all events, whether he had notice or not, and that due diligence is a question for the jury.

The defendant took a bill of exceptions, but did not prosecute a writ of error.